# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| KARSON C KAEBEL, § | |
| SHANNON KAEBEL, § | |
|     Petitioners, § | |
| § | |
| v. § | Civil Action No. 3:15-MC-064-D |
| § | |
| UNITED STATES OF AMERICA, et al., § | |
|     Respondents. § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, the October 21, 2015 findings, conclusions, and recommendations of the magistrate judge, petitioners' November 4, 2015 objections, and the November 25, 2015 response of defendant United States of America (the "government"), the court concludes that the magistrate judge's findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendations of the magistrate judge are adopted, and the government's August 11, 2015 motion to dismiss for lack of subject matter jurisdiction is granted.

**SO ORDERED**.

November 30, 2015.

                                                  _____
                                                  SIDNEY A. FITZWATER
                                                  UNITED STATES DISTRICT JUDGE